Bessie Sodekson and Sarah Schneider, Appellants, v. Mutual Benefit Life Insurance Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Abraham Korn, Respondent, v. Joseph Finger, Defendant, Impleaded with Illinois Surety Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Moritz L. Ernst and Others, Suing on Behalf of Themselves and Other Stockholders of the American Spirits Manufacturing Company, etc., Appellants, v. American Spirits Manufacturing Company and Others, Respondents.— Judgment and order affirmed, with costs. No opinion.

Donegan & Swift, Incorporated, Respondent, v. The City of New York, Impleaded with the New York Steam Company, Appellant. — Judgment and order affirmed, with costs. No opinion.

Giuseppa Marino, as Administratrix, etc., of James Marino, Deceased, Appellant, v. Runkel Brothers, Respondent.— Judgment and order affirmed, with costs. No opinion. (Laughlin, J., dissented.)

Frank K. Hays and William H. Hays, Respondents, v. The Maiden Lane Realty Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Meyer L. Sire, Respondent, v. Edward F. Browning, Appellant.— Judgment affirmed, with costs. No opinion.

Alexander Doyle, Appellant, v. Hamilton Fish Corporation, Respondent.— Judgment affirmed, with costs, on 144 Appellate Division, 131.

Jacob Mayer, Respondent, v. Calvin O. Geer, Impleaded with Ruth Noyes Heinze, Appellant. Jacob Mayer, Respondent, v. Calvin O. Geer, Impleaded with Ada Louise Heinze, Appellant.— Judgments and orders affirmed, with costs. No opinion.

Metropolitan Trust Company of the City of New York, Appellant, v. James A. Moore, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Maurice De Brunoff, Respondent, v. American Bank Note Company, Appellant.— Order affirmed, with ten dollars' costs and disbursements. No opinion.

Harriett A. R. Mills, Respondent, v. Francis L. Leland and Frank R. Leland, Appellants, Impleaded with Others.— Appeal dismissed, with ten dollars costs. No opinion.

In the Matter of the Application of the Uvalde Asphalt Paving Company, Respondent, for Leave to Examine Certain Records in the Office of the President of the Borough of the Bronx. The City of New York and Cyrus C. Miller, President of the Borough of the Bronx, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Abraham Arndt, Respondent, v. William A. Prendergast, as Comptroller of the City of New York, Impleaded with Joseph McLoughlin, Appellant.— Order affirmed with ten dollars costs and disbursements. No opinion. Motion to dismiss appeal denied, with ten dollars costs.